**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**DARLING ANGEL PIN CREATIONS, INC.**,
*et al.,*

Defendants.

**Judge James S. Moody, Jr.**

**#8:10-cv-335-T-30TGW**

**ORDER GRANTING SECOND STIPULATED MODIFICATION
TO THE PRELIMINARY INJUNCTION ENTERED FEBRUARY 22, 2010**

On February 2, 2010, Plaintiff, Federal Trade Commission (FTC or the Commission), pursuant to Sections 5(a), 13(b) of the FTC Act (FTC Act), 15 U.S.C. §§ 45(a), 53(b), filed its Complaint for Injunctive and Other Equitable Relief. Simultaneously, the FTC moved for a Temporary Restraining Order with Asset Freeze and Expedited Discovery pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. The Court granted the FTC's motion and issued a Temporary Restraining Order on February 2, 2010. (Doc. # 4). After a preliminary injunction hearing and additional briefing, the Court entered a Preliminary Injunction on February 22, 2010. (Doc. # 26).

The Commission and Defendant Shelly R. Olson have negotiated a Stipulated Modification to the Preliminary Injunction entered on February 22, 2010, to allow Defendant Olson to sell

Defendant Darling Angel Pin Creations' furniture and equipment and place the proceeds into the frozen account belonging to Defendant Darling Angel Pin Creations.

Upon review and consideration, it is

**THEREFORE ORDERED** that the Second Stipulated Modification to the Preliminary Injunction (Doc. #33) is GRANTED.

**IT IS ORDERED** that Defendant Olson may sell Defendant Darling Angel Pin Creations' furniture and equipment. All money received from the sale shall be deposited into Defendant Darling Angel Pin Creations' Valrico State Bank Account ending in 6586. The asset freeze provisions of the Preliminary Injunction shall apply to any money transferred to Defendant Darling Angel Pin Creations' bank account pursuant to this Order.

**IT IS FURTHER ORDERED THAT** all other terms and provisions of the Preliminary Injunction (Doc. #26) entered on February 22, 2010, shall remain in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-335.stip 33.wpd