**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FEDERAL TRADE COMMISSION,

   Plaintiff,

v.                                       Case No.  8:10-cv-335-T-30TGW

DARLING ANGEL PIN CREATIONS, INC.,
SHELLY R. OLSON, and JUDITH MENDEZ,

   Defendants.
_____/

## ORDER

A review of the file reveals that there are no pending matters before the Court in this case and the file should be closed.  It is therefore

**ORDERED AND ADJUDGED** that the Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 8, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-335.close case.wpd